IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

1:20-CV-76
B007
cat #8

| | | |
|---|---|---|
| PRISCILLA JEWELL, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, L.P., | : | *Electronically Filed* |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

TO:   The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendant Wal-Mart Stores East, L.P. (hereinafter "Walmart") asserting as follows:

1.   The above-described action was commenced by the filing of a Complaint on or about Marc 9, 2020 in the Court of Common Pleas of Erie County, Pennsylvania, against Defendant, Wal-Mart Stores East, L.P.. (A true and correct copy of the Complaint is attached hereto as Exhibit "A".)

2.   Plaintiff served Defendant Wal-Mart Stores East, L.P. with a copy of the Complaint on March 12, 2020. (*See* Affidavit of Service attached hereto as Exhibit "B".)

3.   Wal-Mart Stores East, L.P. is a foreign limited partnership formed in the State of Delaware with a principle place of business in Bentonville, Arkansas.

4.   The Partners of Wal-Mart Stores East, L.P. are WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner). Both are Delaware limited liability companies with principal places of business in Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas

limited liability company with a principal place of business in Bentonville, Arkansas. Finally, the sole shareholder of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc., a Delaware corporation with a principal place of business in Arkansas. Accordingly, no partner or controlling entity of Defendant Wal-Mart Stores East, L.P. is a citizen of or has a principal place of business in the Commonwealth of Pennsylvania.

5. Walmart believes that at the time this action was initially commenced, and at the current time, Plaintiff was a resident of Erie County, Pennsylvania.

6. The Complaint seeks an award in excess of the arbitration limits of Erie County ($50,000.00), but no specific sum is demanded in the Complaint.

7. Among other injuries, it is understood that Plaintiff claims damages for a serious injury to her right knee, right hip, sacroiliac joint and lumbar region, which required medical treatment, emergency room care, in-patient care at an assisted nursing facility on two occasions, and home healthcare visits in the past and which possibly may require further medical care, surgical procedures, injections, physical therapy and/or assisted nursing or home health care in the future.

8. Based on these alleged injuries and damages, Plaintiff's counsel has advised the undersigned counsel that if this case were taken to trial he would assert and present evidence that the case has a value in excess of $75,000.00. Accordingly, he will not sign any stipulation to limit damages.

9. Walmart has answered Plaintiff's Complaint denying any liability. (A true and correct copy of this Answer and New Matter is attached as Exhibit "C".)

10. This Notice of Removal is filed within thirty (30) days after Defendant, Wal-Mart Stores East, L.P., was served with a copy of Plaintiff's Complaint on March 12, 2020, which

apprised this Defendant of the amount in controversy, and within one (1) year of the commencement of this matter by Plaintiff's on March 9, 2020 by the filing of the Initial Complaint; thus, it is timely filed pursuant to 28 U.S.C. §1446(b) (3) and (c).

11.  As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this case may be removed to this Court by this Defendant pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

WHEREFORE, Defendant Wal-Mart Stores East, L.P. requests that this action now pending in the Court of Common Pleas of Erie County at No. 2020-10727 be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date: __4/9/2020_____  BY:  /s/ *Rebecca Sember Izsak*
REBECCA SEMBER IZSAK, ESQUIRE
PA ID No. 74584
rsember@tthlaw.com
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA  15219
(412) 697-7403
(412) 697-7407 – Facsimile

***Counsel for the Defendant, Wal-Mart Stores East, L.P.***

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the NOTICE OF REMOVAL has been served on all counsel of record, via electronic mail only, on the 9th day of April 2020.

Adam E. Barnett, Esquire
Bernard Stuczynski Barnett & Lager, PLLC
234 West Sixth Street
Erie, PA  16507-16319
adam@erieinjury.com
***Counsel for Plaintiff, Priscilla Jewell***

THOMAS, THOMAS & HAFER LLP

BY:/s/ *Rebecca Sember Izsak*
REBECCA SEMBER IZSAK, ESQUIRE

***Counsel for Defendant, Wal-Mart Stores East, L.P.***